IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                 No. 1:22-cr-01170-DHU

ELYSE DANIELLE WEST,

        Defendant.

## **ORDER**

**THIS MATTER** is before the Court on *Defendant's Opposed Motion to Reconsider Detention and for Release Pending Sentencing*. Doc. 30. The United States opposed Defendant's motion. Doc. 31. The Court, having reviewed the motion and response, and having heard oral argument and having been otherwise duly advised, finds that the motion is not well taken and should be denied. For the reasons stated on the record at the hearing on September 28, 2023, the Court finds that the Defendant does not meet the requirements for release pending sentencing under 18 U.S.C. § 3142(a)(2).

**IT IS THEREFORE ORDERED** that *Defendant's Opposed Motion to Reconsider Detention and for Release Pending Sentencing (Doc. 30) is* **DENIED.** Defendant Elyse Danielle West will remain in the custody of the U.S. Marshal pending final disposition in this matter.

                                                                      */s/ Laura Fashing*
                                                       UNITED STATES MAGISTRATE JUDGE